UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN - GREEN BAY DIVISION

------------------------------------------------------------------------------------------------------

BARBARA J. BERGH,

     Plaintiff,          Removed from State of Wisconsin
vs.               Circuit Court, Brown County, 26 CV 365

WAL-MART STORES EAST, LP,

     Defendant.

------------------------------------------------------------------------------------------------------

**NOTICE OF REMOVAL**

To:  Clerk of the U.S. District Court for
   the Eastern District of Wisconsin:

PLEASE TAKE NOTICE that Defendant, Wal-Mart Stores East, LP, hereby removes to this Court the State Court action described herein, pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and 1447. Pursuant to 28 U.S.C. § 1446(d) and this Court's Local Rules, copies of this Notice of Removal are being served upon all parties at the addresses listed in Plaintiff's State Court Complaint and are being filed in the Circuit Court of Brown County action.

In support hereof, movant states as follows:

1.  Plaintiff, Barbara J. Bergh, filed Brown County, Wisconsin, Civil Cause of Action 26 CV 365 ("State Court Complaint"), seeking to recover for damages allegedly sustained by her as a result of George D. Bergh, now deceased, falling at a Walmart store in Green Bay, Wisconsin, on May 22, 2025. A copy of the State Court Complaint is attached hereto as Exhibit A.

2.  Pursuant to the State Court Complaint, plaintiff resides in Maribel, Wisconsin.

3.  The sole defendant, Wal-Mart Stores East, LP, has a principal place of business in Bentonville, Arkansas. Wal-Mart Stores East, LP was incorporated in the State of Delaware.

4.  In the State Court Complaint, ¶¶ 9, 13, 14, 15 and 16, Plaintiff alleges that George D. Bergh died as a result of the fall, and that she sustained damages, including those under the wrongful death statute -loss of society and companionship, and medical, hospital, funeral and burial expenses. She also claims that George D. Bergh experienced conscious pain and suffering before his death.

5. Pursuant to 28 USC § 1332, this Court has jurisdiction over this action because it is between citizens of different states, and the amount in controversy is greater than $75,000. Therefore, this action could originally have been filed in this Court and is now properly removed to this Court.

6. As plaintiff has alleged wrongful death, other expenses and conscious pain and suffering, it is apparent on the face of the pleading that plaintiff seeks an excess of $75,000 in compensation. Plaintiff's counsel advised prior to suit that George D. Bergh incurred approximately $200,000 in medical bills alone.

WHEREFORE, Defendant, Wal-Mart Stores East, LP, respectfully gives notice that the above-captioned civil action pending in the Circuit Court of Brown County, Wisconsin, is removed to this Court pursuant to 28 USC §§ 1332, 1441, 1446 and 1447.

Dated April 6, 2026.

EVERSON, WHITNEY,
EVERSON & BREHM, S.C.

Attorneys for Defendant,
Walmart, Inc.

/s/:  Heather L. Nelson
Heather L. Nelson
Attorney Bar No. 1036579

P. O. ADDRESS:
P. O. Box 22248
Green Bay, WI  54305-2248
(920) 435-3734
hnelson@eversonlaw.com
HLN:wld0403-26

## CERTIFICATE OF SERVICE

Heather L. Nelson, one of the attorneys for Defendant, Walmart, Inc., certifies that this document was sent to all parties of record via electronic filing on this 6th day of April, 2026.

I further certify that I have mailed the above documents by First-Class Mail to the following:

Attorney Ralph J. Tease, Jr.
Habush Habush & Rottier, S.C.
P. O. Box 22545
Green Bay, WI 54305-2545

Attorney Molly C. Lavin
Habush Habush & Rottier, S.C.
N14W23755 Stone Ridge Drive, Suite 100
Waukesha, WI 53188-1147

Attorney Ashley M. Schutt
Habush Habush & Rottier, S.C.
N14W23755 Stone Ridge Drive, Suite 100
Waukesha, WI 53188-1147

EVERSON, WHITNEY,
EVERSON & BREHM, S.C.

Attorneys for Defendant,
Walmart, Inc.

/s/: Heather L. Nelson
Heather L. Nelson

- 3 -